UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 7:20-cr-35-LSC-JHE |
| KENDRELL EMONS MILLS, | ) | |
| Defendant. | ) | |

MEMORANDUM OF OPINION AND ORDER

Before the court is Defendant's notice of appeal of the magistrate judge's order denying the defendant's motion to remove counsel and motion to appoint new counsel. (Doc. 33.) The defendant filed a *pro se* motion to remove counsel and a motion to appoint counsel. (Doc. 21.) The magistrate judge denied the motion (doc. 28) after holding a Video TeleConference ("VTC") hearing on May 14, 2020. The defendant has now filed a *pro se* appeal of the magistrate judge's order denying the motion to remove counsel and motion to appoint new counsel.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's supplemental order denying

1

Defendant's motion to remove counsel and to appoint new counsel (doc. 34), the Court is of the opinion that the order is due to be and hereby is ADOPTED and AFFIRMED. Consequently, Defendant's notice of appeal is hereby DENIED.

**DONE** and **ORDERED** on June 22, 2020.

_____
L. Scott Coogler
United States District Judge

201416