UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 7:20-cr-00035-LSC-JHE |
| ) | |
| ) | |
| ) | |
| KENDRELL EMONS MILLS, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF OPINION AND ORDER

The defendant has filed a motion to suppress. (Doc. 19.) After conducting an evidentiary hearing, the magistrate judge filed a report and recommendation, recommending that the motion to suppress be denied. (Doc.48.) The defendant has objected. (Docs. 68, 71.) The Government has responded in opposition to the objections. (Doc. 75.)

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the report is due to be and hereby is ADOPTED, the recommendation is ACCEPTED. Consequently, the motion to suppress (doc. 19) is hereby DENIED.

**DONE** and **ORDERED** on January 12, 2021.

_____
L. Scott Coogler
United States District Judge

160704